

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Oklahoma

| | |
|---|---|
| LAUREN BENCE | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | )   Civil Action No.  26-cv-00440-MTS |
| | ) |
| TEEN CHALLENGE OF OKLAHOMA, INC. d/b/a | ) |
| NEW LIFEHOUSE GIRLS ACADEMY, et. al. | ) |
| | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   TEEN CHALLENGE OF OKLAHOMA, INC. d/b/a
NEW LIFEHOUSE GIRLS ACADEMY
909 S. Meridian Ave.
Oklahoma City, OK 73108

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    A.Laurie Koller
Laura A. Martinez
RED DIRT LEGAL, PLLC
2504 E. 21st Street
Tulsa, OK 74114

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT    Heidi D. Campbell

Date: _____07/15/2026_____    _____
*Signature of Clerk or Deputy Clerk*

*mailed  to attorney*