# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF OKLAHOMA

LAUREN BENCE

Plaintiff(s)

vs.

Case Number: 4:26-cv-00440

TEEN CHALLENGE OF OKLAHOMA, INC

Defendant(s)

## Appearance

To the Clerk of this court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case for:

Lauren Bence

August 13, 2026
Date

Type of Appointment: ☑ Retained ☐ CJA ☐ FPD ☐ Pro Bono ☐ Pro Se

s/Laura A. Martinez
Signature

Laura A. Martinez
Print Name

Red Dirt Legal
Firm Name

2504 E. 21st Street
Mailing Address

Tulsa OK 74114
City State Zip Code

35173
Oklahoma State Bar Number (If Applicable)

laura@reddirtlegal.com
e-mail address

(405) 527-8001
Phone Number

Fax Number

## Certificate of Service

I hereby certify that on ________________ (Date), I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

I hereby certify that 08/13/2026 (Date), I served the same document by:

- [x] U.S. Postal Service
- [ ] In Person Delivery
- [ ] Courier Service
- [ ] E-Mail

on the following, who are not registered participants of the ECF system:

Name(s) and
Address(es):

Teen Challenge of Oklahoma, Inc.
d/b/a New Lifehouse Girls Academy
909 S. Meridian Ave.
Oklahoma City, OK 73108

s/Laura A. Martinez
Signature