**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| 1. LAUREN BENCE,<br><br>Plaintiff,<br><br>vs.<br><br>1. TEEN CHALLENGE OF OKLAHOMA, INC. d/b/a NEW LIFEHOUSE GIRLS ACADEMY, et al.<br><br>Defendants. | Case No. 26-cv-00440-MTS |

**DEFENDANT'S UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE ANSWER OR OTHER RESPONSIVE PLEADING**

Defendant Teen Challenge of Oklahoma, Inc. d/b/a New Lifehouse Girls Academy ("New Lifehouse Girls Academy") by and through its counsel of record, requests the Court grant this unopposed motion for an extension of time to answer or otherwise to file a responsive pleading to Plaintiff's Complaint. In support, Defendant states as follows:

1. Plaintiff served Defendant with the Complaint on July 23, 2026.

2. Defendant's deadline to answer or otherwise respond based on that service date was August 13, 2026.

3. Under Federal Rules of Civil Procedure 6(b)(1) and (12(a), and Local Civil Rule 7-1, Defendant requests an extension of time until September 4, 2026, to answer or otherwise file a responsive pleading.

4. Good cause exists for the requested extension. Defendant's counsel, Joshua D. Poovey, was in the process of transitioning his practice from Johnson & Jones, P.C. to Franden, Farris, Quillin, Goodnight, Roberts + Ward during the immediate time before and after the current

responsive pleading deadline. This time was spent completing the transition, confirming representation logistics, and related administrative changes.

5. Defendant's counsel advised Plaintiff's counsel of this transition and requested adequate time to make the transition, review the 32-page Complaint, and prepare an appropriate response. Plaintiff's counsel agreed to an extension until September 4, 2026.

6. This is Defendant's first request for an extension of this deadline.

7. The requested extension is made in good faith, is not sought for the purposes of delay, and will not prejudice any party.

WHEREFORE, Defendant respectfully requests that the Court enter an order extending Defendant's deadline to answer or otherwise file a responsive pleading to September 4, 2026.

Respectfully submitted,

/s/ Joshua D. Poovey
Joshua D. Poovey, OBA #32103
FRANDEN, FARRIS, QUILLIN,
GOODNIGHT, ROBERTS + WARD
2 West 2nd Street, Suite 900
Tulsa, OK 74103
P: (918) 583-7129
F: (918) 584-3814
jpoovey@tulsalawyer.com
**ATTORNEY FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

I hereby certify that on August 28, 2026, a true and correct copy of the foregoing was filed and served via the CM/ECF e-file system and/or e-mail upon the following:

A. Laurie Koller
Laura Martinez
Red Dirt Legal
*Attorneys for Plaintiff*

s/ *Joshua D. Poovey*