**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

Lauren Bence

Plaintiff(s),

vs.

Case No.: 26-cv-00440-MTS

Teen Challenge of Oklahoma, Inc., et al.,

Defendant(s).

**SCHEDULING ORDER**

| | | |
|---|---|---|
| **1.** | 10/27/2026 | INITIAL DISCLOSURE Under Federal Procedure 26(a)(1) (Not Filed of Record) |
| 2. | 11/18/2026 | MOTIONS FOR JOINDER OF ADDITIONAL PARTIES &/OR AMENDMENT TO THE PLEADINGS |
| 3. | 8/2/2027 | EXCHANGE OF WITNESS AND EXHIBIT LISTS (Not Filed of Record) |
| 4. | 8/30/2027 | PLAINTIFF'S EXPERT IDENTIFICATION & REPORTS Under Federal Rule Civil Procedure 26(a)(2) (Not Filed of Record) |
| 5. | 9/14/2027 | DEFENDANT'S EXPERT IDENTIFICATION & REPORTS Under Federal Rule Civil Procedure 26(a)(2) (Not Filed of Record) |
| 6. | 10/29/2027 | DISCOVERY CUTOFF (Interrogatories and Rule 34 requests must be made 30 days in advance of this date) |
| **7.** | X | **PRIVATE MEDIATION TO BE SCHEDULED AT A LATER DATE** |
| 8. | 11/12/2027 | DISPOSITIVE MOTIONS AND DAUBERT MOTIONS |
| 9. | 1/27/2028 | MOTIONS IN LIMINE (Attorney meeting to resolve issues required before filing) |
| 10. | 1/27/2028 | DEPOSITION/VIDEOTAPED/INTERROGATORY DESIGNATIONS (Filed with deponent name, page and line designations) |
| 11. | 2/4/2028 | COUNTER-DESIGNATIONS (Filed with deponent name, page and line designations) |
| 12. | 2/11/2028 | TRANSCRIPTS ANNOTATED WITH OBJECTIONS & BRIEFS ON UNUSUAL OBJECTIONS FILED (Attorney Meeting to resolve objections required before filing) |
| 13. | 3/7/2028 | PRETRIAL DISCLOSURE Under Federal Rule Civil Procedure 26(a)(3) |
| 14. | 3/14/2028 | AGREED PROPOSED PRETRIAL ORDER[1] |
| **15.** | | **PRETRIAL CONFERENCE on March 21, 2028 at 9:30 a.m.** |
| 16. | 3/14/2028 | REQUESTED JURY INSTRUCTIONS and VOIR DIRE |
| 17. | 3/14/2028 | TRIAL BRIEFS (Filed of record) |
| **18.** | | **TRIAL DATE: [x] JURY on April 3, 2028 at 9:30 a.m.**[2] Estimated time of Trial 5 days |

IT IS ORDERED that no date set by this Order can be changed except for good cause and upon written Order of this Court.

This Order is entered this 14th day of October, 2026.

Mark T. Steele, Magistrate Judge
United States District Court

[1] Magistrate Judge Steele's Pretrial Order form and Pretrial Conference and Trial Rules are available on the Court's website in the Judges' Information section at www.oknd.uscourts.gov.

[2] Scheduling conflicts must be resolved in accordance with LGnR4-5 available on the Court's website in the Local Rules section at www.oknd.uscourts.gov.