**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| LAUREN BENCE,<br>Plaintiff,<br><br>v.<br><br>TEEN CHALLANGE of OKLAHOMA d/b/a NEW LIFEHOUSE GIRLS ACADEMY, et. al.,<br>Defendant. | Case No: 26-cv-00440-MTS<br>***Magistrate Judge Mark T. Steele*** |

**JOINT MOTION FOR STIPULATED PROTECTIVE ORDER**

Pursuant to Local Civil Rule 26-6, the Plaintiff, Lauren Bence and Defendant, Teen Challenge of Oklahoma d/b/a New Lifehouse Girls Academy ("TCOK"), by and through their respective attorneys of record, request that the Court approve and enter the accompanying proposed protective order.

## CONSENT TO ENTRY OF A PROTECTIVE ORDER

Both Bence and TCOK, through their respective attorneys, agree to the entry of the proposed protective order that accompanies this Motion.

## STATEMENT OF COMPLIANCE

This Motion complies with the Northern District's directives set out in the instructions for "Protective Orders Seeking Confidential Treatment of Materials or Information Produced, or to be Produced, During Discovery" as referenced to and hyper-linked in Local Civil Rule 26-6.

It has been modified to provide a mechanism to handle two filed cases (the above-referenced and Parker case #4:26-cv-00526-MTS) plus four (4) unfiled claims.

WHEREFORE, Plaintiff, Bence and Defendant Teen Challenge of Oklahoma request that the Court approve and enter the agreed protective order accompanying this Motion.

DATED: November 16, 2026

Respectfully submitted,

**VOX LAW FIRM**

*s/ A. Laurie Koller*

Laurie Koller, OBA #16857
Laura Martinez, OBA #35173
[E] laurie@voxlawfirm.com
laura@voxlawfirm.com
1733 S. Lewis Ave.
Tulsa, OK 74104
[T]: 918.221.3861
***Counsel for Plaintiff***

-and-

*s/ Joshua Poovey*

Joshua Poovey, OBA #32103
Ryan C. Alley, OBA #35535
Two West 2nd Street, Ste. 900
Tulsa, OK 74103
[T] 918.584.3814 Fax
[E] jpoovey@tulsalawyer.com
ralley@tulsalawyer.com
***Attorney(s) for Defendant***